# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>(1) *Affiliated Foods, Inc., et al. v. Tri-Union Seafoods LLC, et al.,* 3:15-md-02670-JLS-MDD;<br><br>(2) *Associated Grocers of New England, Inc. et al. v. Tri-Union Seafoods, LLC, et al.,* 3:16-cv-00023-JLS-MDD;<br><br>(3) *Western Family Foods, Inc. v. Tri-Union Seafoods, LLC, et al.,* 3:16-cv-00025-JLS-MDD;<br><br>(4) *Associated Food Stores, Inc. v. Tri-Union Seafoods, LLC et al.,* 3:16-cv-00027-JLS-MDD;<br><br>(5) *Giant Eagle, Inc. v. Tri-Union Seafoods, LLC et al.,* 3:16-cv-00046-JLS-MDD;<br><br>(6) *McLane Company et al. v. Tri-Union Seafoods, LLC et al.,* 3:16-cv-00047-JLS-MDD;<br><br>(7) *Fareway Stores, Inc. et al. v. Tri-Union Seafoods, LLC et al.,* 3:16-cv-2765-JLS-MDD;<br><br>(8) *Bashas' Inc., et al. v. Tri-Union Seafoods, LLC, et al.,* 17-cv-2487-JLS-MDD; and<br><br>(9) *SpartanNash Company v. Tri-Union Seafoods, LLC, et al.,* 3:18-cv-02366-JLS-MDD | Case No. 3:15-md-02670-DMS-MSB<br><br>Judge: Hon. Dana M. Sabraw<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Presently before the Court is Plaintiffs Affiliated Foods, Inc.; Alex Lee, Inc.; Associated Food Stores, Inc.; Associated Grocers of New England, Inc; Associated Grocers, Inc.; Bashas' Inc.; Big Y Foods, Inc.; Brookshire Brothers, Inc.; Brookshire Grocery Company; Certco, Inc.; Dollar Tree Distribution, Inc.; Greenbrier International, Inc.; Family Dollar Stores, LLC; Fareway Stores, Inc.; the Golub Corporation; Giant Eagle, Inc.; Kmart Corporation; K-VA-T Food Stores, Inc; Marc Glassman, Inc.; McLane Company, Inc; Meadowbrook Meat Company, Inc.; Merchants Distributors, LLC; Schnuck Markets, Inc.; SpartanNash Company; URM Stores, Inc.; Western Family Foods, Inc.; Woodman's Food Market, Inc.; and 99 Cents Only Stores, LLC (collectively, the "Affiliated Foods Plaintiffs") and Defendant Lion Capital (Americas), Inc. and Specially Appearing Defendants Lion Capital LLP and Big Catch Cayman LP (collectively, the "Lion Companies") Joint Motion and Stipulation to Dismiss the Affiliated Foods Plaintiffs' claims against the Lion Companies with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES WITH PREJUDICE** all claims by the Affiliated Foods Plaintiffs against the Lion Companies.  As stipulated, this dismissal shall not operate as a dismissal of any person or entity named as a defendant or as a co-conspirator in the above-captioned proceedings other than the Lion Companies, the parties shall bear their  respective fees and costs, and all documents filed under seal will remain under seal.

**IT IS SO ORDERED.**

Dated:  August 12, 2024

Hon. Dana M. Sabraw, Chief Judge
United States District Court

1

Case No.: 15-MD-2670-DMS-MSB

ORDER GRANTING JOINT MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE